**United States District Court**
For the Northern District of California

***E-FILED 12-08-2010*

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MILA ENTERPRISES, INC.; MILA-PPP, LLC; LIM FAMILY LIVING TRUST; LIM-PPP, LLC; TRUST OF VINCENT AND LINDA FONG; FONG LCS ASSOCIATES, LLC; LOW FAMILY TRUST; LOW-GC, LLC; LAM LIVING TRUST; LAM-EASTRIDGE, LLC; FONTAINE & TRUMAN CORPORATION; BUFFALO FAMILY TRUST; CHANG TRUST; J&M CHIANG 1994 TRUST; FREDERICK R. CHILTON JR. REVOCABLE TRUST; STEVEN J. COHEN TRUST; 2005 KHALSA FAMILY TRUST; LATHIYA LIVING TRUST; VRAJ LATHIYA AND SONAL LATHIYA FAMILY TRUST; LEE FAMILY TRUST; SAKAI-EDMISTON FAMILY TRUST; SANGHVI FAMILY SURVIVORS TRUST; WONG TRUST; VISIONARY GLOBAL INVESTMENTS, INC.; ROBERT ALLEN; RAJEN DOSHI; ROBERT ENG and SUSAN ENG; ANITA FONG; LINDA FONG; STEPHANIE FONG; ANAND GOKEL; KANTI GOPAL; SYED HUSAIN; ROBERT JENSEN; JERRY LEE and ANGELA LEE; WING LAM; KANYE LIM; VIBHA PATEL; ASIT PRUTHI; DEVANG SAVANI; MANUBHAI SAVANI; SOREN TIRFING; GLADYS LOW; ZELPHA WILLIAMS-CONNELLY,<br><br>                Plaintiffs,<br>  v.<br>SCANLANKEMPERBARD COMPANIES, LLC; ROBERT D. SCANLAN; N. THOMSON BARD, JR.; TODD M. GOODING; PETER STOTT and DOES 1-50<br><br>                Defendants.<br>_____/ | No. C10-04952 HRL<br><br>**ORDER STAYING ACTION PENDING ENTRY OF FINAL ARBITRATION AWARD**<br><br>[Re:  Docket No. 6] |

Pursuant to 9 U.S.C. § 3, and based on the parties' stipulation that the instant matter is referable to arbitration under a written agreement, all claims raised in this action against any of the defendants or any alleged Doe defendants and any claims alleged in any subsequent Amended Complaint filed in this action shall be stayed in their entirety, and as to all parties to the Complaint, pending entry of a complete and final arbitration award.

SO ORDERED.

Dated: December 8, 2010

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

1  5:10-cv-04952-HRL Notice has been electronically mailed to:

2  Luan Kinh Phan     lphan@lkplaw.com, ktokushige@lkplaw.com

3  Robert Alan Shlachter     rshlachter@ssbls.com, abuck@stollberne.com, jross@stollberne.com, tkim@stollberne.com

5  Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.