Luan K. Phan, Esq. (Calif. State Bar No. 185985)
LKP GLOBAL LAW, LLP
1901 Avenue of the Stars, Suite 480
Los Angeles, CA 90067
Phone: (424) 239-1890
Fax: (424) 239-1882
E-mail: lphan@lkpgl.com

*E-FILED 12-09-2010*

Attorneys for Plaintiffs MILA Enterprises, Inc., Mila-PPP, LLC,
Lim Family Living Trust, Lim-PPP, LLC, Trust of Vincent and Linda Fong,
Fong LCS Associates, LLC, Low Family Trust, Low-GC, LLC,
Lam Living Trust, Lam-Eastridge, LLC, Fontaine & Truman Corporation,
Buffalo Family Trust, Chang Trust, J & M Chiang 1994 Trust,
Frederick R. Chilton Jr. Revocable Trust, Steven J. Cohen Trust,
2005 Khalsa Family Trust, Lathiya Living Trust,
Vraj Lathiya and Sonal Lathiya Family Trust, Lee Family Trust,
Sakai-Edmiston Family Trust, Sanghvi Family Survivors Trust, Wong Trust,
Visionary Global Investments, Inc., Robert Allen, Rajen Doshi,
Robert Eng and Susan Eng, Anita Fong, Linda Fong, Stephanie Fong,
Anand Gokel, Kanti Gopal, Syed Husain, Robert Jensen, Wing Lam,
Kanye Lim, Jerry Lee and Angela Lee, Vibha Patel, Asit Pruthi, Devang Savani,
Manubhai Savani, Soren Tirfing and Gladys Low, Zelpha Williams-Connelly

IN THE UNITED STATE DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MILA ENTERPRISES, INC., a California corporation; MILA-PPP, LLC, a Delaware limited liability company; LIM FAMILY LIVING TRUST, a California trust; LIM-PPP, LLC, a Delaware limited liability company; TRUST OF VINCENT AND LINDA FONG, a California trust; FONG LCS ASSOCIATES, LLC, a Delaware limited liability company; LOW FAMILY TRUST, a California trust; LOW-GC, LLC, a Delaware limited liability company; LAM LIVING TRUST, a California trust; LAM-EASTRIDGE, LLC, a Delaware limited liability company; FONTAINE & TRUMAN CORPORATION, a California corporation; BUFFALO FAMILY TRUST, a California trust; CHANG TRUST, a California trust; J & M CHIANG 1994 TRUST, a California trust; FREDERICK R. CHILTON JR. REVOCABLE TRUST, a California trust; STEVEN J. COHEN TRUST, a California trust; 2005 KHALSA FAMILY TRUST, a California trust; LATHIYA LIVING TRUST, a California trust; VRAJ LATHIYA AND SONAL LATHIYA FAMILY TRUST, a California trust, LEE FAMILY TRUST, a California trust; SAKAI-EDMISTON FAMILY TRUST, a California trust; SANGHVI FAMILY | Case No.: CV 10-4952 HRL<br><br>[PROPOSED] ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY<br><br>[Re: Docket No. 8] |

1

```
 1  SURVIVORS TRUST, a California trust,       )
    WONG TRUST, a California trust;            )
 2  VISIONARY GLOBAL INVESTMENTS,              )
    INC., a Nevada corporation; ROBERT ALLEN,  )
 3  an individual; RAJEN DOSHI, an individual, )
    ROBERT ENG and SUSAN ENG, individuals      )
 4  as joint tenants; ANITA FONG, an individual;)
    LINDA FONG, an individual; STEPHANIE       )
 5  FONG, an individual; ANAND GOKEL, an       )
    individual; KANTI GOPAL, an individual;    )
 6  SYED HUSAIN, an individual; ROBERT         )
    JENSEN, an individual; JERRY LEE and       )
 7  ANGELA LEE, individuals as joint tenants;  )
    WING LAM, an individual; KANYE LIM, an     )
 8  individual; VIBHA PATEL, an individual;    )
    ASIT PRUTHI, an individual; DEVANG         )
 9  SAVANI, an individual; MANUBHAI            )
    SAVANI, an individual; SOREN TIRFING, an   )
10  individual and as a joint tenant, GLADYS   )
    LOW, an individual as a joint tenant; ZELPHA)
11  WILLIAMS-CONNELLY, an individual,          )
                                               )
12              Plaintiffs,                    )
    v.                                         )
13                                             )
    SCANLANKEMPERBARD COMPANIES,               )
14  LLC; an Oregon limited liability company;  )
    ROBERT D. SCANLAN, an individual; N.       )
15  THOMSON BARD, JR., an individual; TODD     )
    M. GOODING, an individual, PETER STOTT,    )
16  an individual; and DOES 1 through 50,      )
    inclusive,                                 )
17                                             )
                Defendants._____            )
18  _____
```

The Court hereby orders that the request of Plaintiffs MILA Enterprises, Inc., Mila-PPP, LLC, Lim Family Living Trust, Lim-PPP, LLC, Trust of Vincent and Linda Fong, Fong LCS Associates, LLC, Low Family Trust, Low-GC, LLC, Lam Living Trust, Lam-Eastridge, LLC, Fontaine & Truman Corporation, Buffalo Family Trust, Chang Trust, J & M Chiang 1994 Trust,  Frederick R. Chilton Jr. Revocable Trust, Steven J. Cohen Trust,  2005 Khalsa Family Trust, Lathiya Living Trust, Vraj Lathiya and Sonal Lathiya Family Trust, Lee Family Trust, Sakai-Edmiston Family Trust, Sanghvi Family Survivors Trust, Wong Trust,  Visionary Global Investments, Inc., Robert Allen, Rajen Doshi, Robert Eng and Susan Eng, Anita Fong, Linda Fong, Stephanie Fong,  Anand Gokel, Kanti Gopal, Syed Husain, Robert Jensen, Wing Lam,  Kanye Lim, Jerry Lee and Angela Lee, Vibha

1  Patel, Asit Pruthi, Devang Savani, Manubhai Savani, Soren Tirfing, Gladys Low, and Zelpha
2  Williams-Connelly, to substitute Luan K. Phan (State Bar No. 185985) of LKP Global Law, LLP,
3  1901 Avenue of the Stars, Suite 480, Los Angeles, CA 90067, Telephone: (424) 239-1890, Facsimile:
4  (424) 239-1882, and E-mail: lphan@lkpgl.com, who is retained counsel, as attorney of record in place
5  and stead of Luan K. Phan (State Bar No. 185985) of The Phan Law Group, APLC is hereby
6  **GRANTED.**

8  Date: December 9, 2010

   HON. HOWARD R. LLOYD
   UNITED STATES ~~DISTRICT COURT~~ JUDGE
   MAGISTRATE