**\*E-FILED 12-06-2011\***

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MILA ENTERPRISES, INC.; MILA-PPP, LLC; LIM FAMILY LIVING TRUST; LIM-PPP, LLC; TRUST OF VINCENT AND LINDA FONG; FONG LCS ASSOCIATES, LLC; LOW FAMILY TRUST; LOW-GC, LLC; LAM LIVING TRUST; LAM-EASTRIDGE, LLC; FONTAINE & TRUMAN CORPORATION; BUFFALO FAMILY TRUST; CHANG TRUST; J&M CHIANG 1994 TRUST; FREDERICK R. CHILTON JR. REVOCABLE TRUST; STEVEN J. COHEN TRUST; 2005 KHALSA FAMILY TRUST; LATHIYA LIVING TRUST; VRAJ LATHIYA AND SONAL LATHIYA FAMILY TRUST; LEE FAMILY TRUST; SAKAI-EDMISTON FAMILY TRUST; SANGHVI FAMILY SURVIVORS TRUST; WONG TRUST; VISIONARY GLOBAL INVESTMENTS, INC.; ROBERT ALLEN; RAJEN DOSHI; ROBERT ENG and SUSAN ENG; ANITA FONG; LINDA FONG; STEPHANIE FONG; ANAND GOKEL; KANTI GOPAL; SYED HUSAIN; ROBERT JENSEN; JERRY LEE and ANGELA LEE; WING LAM; KANYE LIM; VIBHA PATEL; ASIT PRUTHI; DEVANG SAVANI; MANUBHAI SAVANI; SOREN TIRFING; GLADYS LOW; ZELPHA WILLIAMS-CONNELLY,<br><br>    Plaintiffs,<br>  v.<br>SCANLANKEMPERBARD COMPANIES, LLC; ROBERT D. SCANLAN; N. THOMSON BARD, JR.; TODD M. GOODING; PETER STOTT and DOES 1-50<br><br>    Defendants. | No. C10-04952 HRL<br><br>**ORDER CONTINUING STAY OF PROCEEDINGS AND SETTING DEADLINE FOR FURTHER STATUS REPORT** |

1  Based upon the parties' December 2, 2011 joint status report, the court finds that a
2  continued stay of these proceedings is appropriate. The parties shall file a further joint status
3  report promptly upon conclusion of the arbitration proceedings, and in any event, no later than
4  June 7, 2012.
5  SO ORDERED.
6  Dated: December 6, 2011

HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

**United States District Court**
For the Northern District of California

1  5:10-cv-04952-HRL Notice has been electronically mailed to:

2  Luan Kinh Phan    lphan@lkplaw.com, ktokushige@lkplaw.com

3  Robert Alan Shlachter    rshlachter@ssbls.com, abuck@stollberne.com, jross@stollberne.com, tkim@stollberne.com

4

5  Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28